438 A.2d 624

Commonwealth v. Cummings, Appellant.

Submitted March 9, 1981. Robert S. Blasi, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.

438 A.2d 624

Commonwealth v. Dayton, Appellant.
Petition for Allowance of Appeal Denied Jan. 10, 1982.

Argued January 26, 1981. Robert E. Gabriel, for appellant; Michele A. Goldfarb, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment of sentence dated February 25, 1980 is affirmed.